**KARLA PAINTER**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Karla.Painter@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
APR 2 3 2021
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ELIZABETH MARIE STEPHENSON, <br><br> Defendant. | CR 21- 28 -BLG- SPW <br><br> **INDICTMENT** <br><br> **WIRE FRAUD (Counts I-V)** <br> Title 18 U.S.C. § 1343 <br> (Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) <br><br> **BANK FRAUD (Counts VI-X)** <br> Title 18 U.S.C. § 1344(2) <br> (Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release) <br><br> **AGGRAVATED IDENTITY THEFT (Counts XI-XX)** <br> Title 18 U.S.C. §§ 1028A(a)(1) <br> (Penalty: Mandatory minimum two years imprisonment, consecutive to any other punishment, $250,000 fine, and one year supervised release) |

THE GRAND JURY CHARGES:

1

## COUNTS I-V
## THE SCHEME TO DEFRAUD

Beginning in approximately June 16, 2020, and continuing until approximately August 19, 2020, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, ELIZABETH MARIE STEPHENSON, executed a scheme and plan for obtaining money and credit by means of material false and fraudulent pretenses, representations, and omissions, in that she made payments and ATM withdrawals from John Doe's credit and checking accounts without his knowledge and authorization, and in doing so caused wire communications to be transmitted in interstate commerce.

Based on STEPHENSON's material false and fraudulent pretenses, representations, and omissions, she obtained over $20,000 of John Doe's credit and funds and used the money for her own personal expenses, criminal defense attorney fees, and payments on her boyfriend's inmate telephone account.

## INTERSTATE WIRES

On or about the dates in the table below, at Billings, within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, ELIZABETH MARIE STEPHENSON, for the purpose of executing the aforementioned scheme and artifice to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, did knowingly cause

2

to be transmitted in interstate commerce wire communications between a financial institution in Montana and institutions in other states, in violation of 18 U.S.C. § 1343.

| Count | Date | Transaction | Amount |
|---|---|---|---|
| I | 06/16/2020 | Payment to California law firm | $3,500.00 |
| II | 07/17/2020 | Payment to Idaho Telmate account | $106.00 |
| III | 07/20/2020 | Payment to Idaho Telmate account | $101.00 |
| IV | 07/24/2020 | Payment to Idaho Telmate account | $105.00 |
| V | 07/29/2020 | Payment to Idaho Telmate account | $106.00 |

## COUNTS VI-X
## BANK FRAUD

On or about the dates listed in the table below, at Billings, within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, ELIZABETH MARIE STEPHENSON, knowingly executed, and attempted to execute, a scheme to defraud Wells Fargo, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, by means of material false and fraudulent pretenses, representations, and promises, that is the defendant, ELIZABETH MARIE STEPHENSON, presented John Doe's debit card to a Wells Fargo Automated Teller Machine and withdrew funds without his knowledge and authorization, in violation of 18 U.S.C. § 1344(2).

| Count | Date | Wells Fargo ATM Location | Amount |
|---|---|---|---|
| VI | 07/24/2020 | 1325 Main Street | $700.00 |
| VII | 07/31/2020 | 2235 Grant Street | $700.00 |
| VIII | 08/07/2020 | 2235 Grant Street | $700.00 |

| Count | Date | Wells Fargo ATM Location | Amount |
|---|---|---|---|
| IX | 08/13/2020 | 1325 Main Street | $700.00 |
| X | 08/19/2020 | 1325 Main Street | $700.00 |

COUNTS XI-XX
AGGRAVATED IDENTITY THEFT

On or about the dates listed in the table below, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, ELIZABETH MARIE STEPHENSON, knowingly used, without lawful authority, a means of identification of another person, that is John Doe's debit and credit card numbers and Personal Identification Number, during and in relation to felony violations of 18 U.S.C. § 1343 and 18 U.S.C. § 1344(2) as charged in Counts I-X of this indictment, in violation of 18 U.S.C. § 1028A(a)(1).

| Count | Date | Transaction | Account Number | Amount |
|---|---|---|---|---|
| XI | 06/16/20 | Payment to Imhoff and Associates | XXX9929 | $3,500.00 |
| XII | 07/17/20 | Payment to Telmate account | XXX9929 | $106.00 |
| XIII | 07/20/20 | Payment to Telmate account | XXX9997 | $101.00 |
| XIV | 07/24/20 | Main Street ATM withdrawal | XXX9997 | $700.00 |
| XV | 07/24/20 | Payment to Telmate account | XXX9997 | $105.00 |
| XVI | 07/29/20 | Payment to Telmate account | XXX9997 | $106.00 |
| XVII | 07/31/20 | Grant Street ATM withdrawal | XXX9997 | $700.00 |

| Count | Date | Transaction | Account Number | Amount |
|-------|------|-------------|----------------|--------|
| XVIII | 08/07/20 | Grant Street ATM withdrawal | XXX9997 | $700.00 |
| XIX | 08/13/20 | Main Street ATM withdrawal | XXX9997 | $700.00 |
| XX | 08/19/20 | Main Street ATM withdrawal | XXX9997 | $700.00 |

A TRUE BILL.   Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

for _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓ 5/20/21 @ 9am
Warrant: TJC-Blgs
Bail: