IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH MARIE STEPHENSON,<br><br>Defendant. | CR 21-28-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Extend Self-Surrender Date (Doc. 44), and good cause being shown,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The date for the Defendant, Elizabeth Marie Stephenson, to self-surrender to FCI Waseca is extended to **October 1, 2022.**

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 30th day of September, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1